**Jason K. Singleton**, **State Bar #166170**
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, MARSHALL LOSKOT**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, | ) Case No.2:12-CV-1164 GEB CMK |
| | ) |
|     Plaintiff, | ) **STIPULATION OF DISMISSAL WITH** |
| v. | ) **PREJUDICE, ORDER** |
| | ) |
| EID OTHMAN, dba ADOBE ROAD | ) |
| CHEVRON, MIKE OTHMAN, and DOES | ) |
| ONE through FIFTY, inclusive, | ) |
| | ) |
|     Defendants. | ) |

    Plaintiff **MARSHALL LOSKOT** and Defendant **EID OTHMAN, dba ADOBE ROAD CHEVRON**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

    1.    The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

    2.    Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

<strong>SINGLETON LAW GROUP</strong>

Dated:    October 22, 2012     /s/ Jason K. Singleton
                                            Jason K. Singleton, Attorney for Plaintiff,
                                          **MARSHALL LOSKOT**

**LAW OFFICES OF DAVID W. HOLOCHUCK**

Dated:        October 18, 2012        /s/ David W. Holochuck
                                      David W. Holochuck, Attorney for Defendant
                                      **EID OTHMAN, dba ADOBE ROAD CHEVRON**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.    The action <u>LOSKOT vs OTHMAN, et al.</u>, Case Number 12-CV-1164 CMK, is dismissed with prejudice with each party to bear their own attorney fees and costs.

2.    **Date:  10/19/2012**

3.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

5.

6.