1  **Jason K. Singleton,** State Bar #166170
   jason@singletonlawgroup.com
2  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
3  Eureka, CA 95501

4  (707) 441-1177
   FAX 441-1533
5
   **Attorneys for Plaintiff, MARSHALL LOSKOT**
6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10 | **MARSHALL LOSKOT,**                           ) Case No.2:12-CV-1164 GEB CMK
                                                    )
11 |         **Plaintiff,**                         ) **STIPULATION OF DISMISSAL WITH**
                                                    ) **PREJUDICE, ORDER**
12 | v.                                             )
                                                    )
13 | **EID OTHMAN, dba ADOBE ROAD**                 )
     **CHEVRON, MIKE OTHMAN, and DOES**             )
14 | **ONE through FIFTY, inclusive,**              )
                                                    )
15 |         **Defendants.**                        )
                                                    )
16

17       Plaintiff **MARSHALL LOSKOT** and Defendant **EID OTHMAN, dba ADOBE ROAD**

18 **CHEVRON**, (collectively "the Parties"), by and through their respective attorneys of record,

19 hereby stipulate as follows:

20       1.    The Parties have entered into a Confidential Settlement Agreement and General

21 Release in this matter whereby they have resolved all claims and agreed to the dismissal of

22 the above-captioned action with prejudice, each party to bear their own attorney fees and

23 costs.

24       2.    Accordingly, the Parties jointly request the Court to dismiss this action with

25 prejudice.

26                                          **SINGLETON LAW GROUP**

27 Dated:    October 22, 2012        /s/ Jason K. Singleton
                                     Jason K. Singleton, Attorney for Plaintiff,
28                                   **MARSHALL LOSKOT**

**LAW OFFICES OF DAVID W. HOLOCHUCK**

Dated:     October 18, 2012          /s/ David W. Holochuck
David W. Holochuck, Attorney for Defendant
**EID OTHMAN, dba ADOBE ROAD CHEVRON**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT vs OTHMAN, et al.</u>, Case Number 12-CV-1164 CMK, is dismissed with prejudice with each party to bear their own attorney fees and costs.
2. **Date: 10/19/2012**
3. 

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

5. 
6.